DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
HOMOGONO GUTIERREZ-CISNEROS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR.S-11-334-GEB |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| HOMOGONO GUTIERREZ-CISNEROS, | |
| Defendant. | Date: November 4, 2011<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for HOMOGONO GUTIERREZ-CISNEROS, that the status conference hearing date of October 28, 2011 be vacated, and the matter be set for status conference on November 4, 2011 at 9:00 a.m.

The reason for this continuance is to allow defense counsel time to review the Presentence Report and the plea agreement with the defendant. It is necessary to schedule this conference in accordance with the Federal Defender's Staff Interpreter, and additional time is necessary for this purpose.

Based upon the foregoing, the parties agree that the time under

the Speedy Trial Act should be excluded from the date of signing of this order through and including November 4, 2011 pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED:   October 27, 2011.                    Respectfully submitted,

                                              DANIEL J. BRODERICK
                                              Federal Public Defender


                                              /s/ Caro Marks
                                              CARO MARKS
                                              Designated Counsel for Service
                                              Attorney for:
                                              Homogono Gutierrez-Cisneros

DATED:   October 27, 2011.                    BENJAMIN WAGNER
                                              United States Attorney


                                              /s/ Caro Marks for
                                              MICHELE BECKWITH
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff


ORDER

    UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the October 28, 2011, status conference hearing be continued to November 4, 2011, at 9:00 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a

1  continuance outweigh the best interests of the public and the defendant
2  in a speedy trial.  It is ordered that time up to and including the
3  November 4, 2011 status conference shall be excluded from computation
4  of time within which the trial of this matter must be commenced under
5  the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)
6  and Local Code T-4, to allow defense counsel reasonable time to
7  prepare.

Dated:  October 27, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge