DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
HOMOGONO GUTIERREZ-CISNEROS


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S-11-334-GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED] ORDER;** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| HOMOGONO GUTIERREZ-CISNEROS, | ) | |
| | ) | Date:  November 18, 2011 |
| Defendant. | ) | Time:  9:00 a.m. |
| _____ | ) | Judge: Hon. Garland E. Burrell Jr. |


IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for HOMOGONO GUTIERREZ-CISNEROS, that the status conference hearing date of November 4, 2011 be vacated, and the matter be set for status conference on November 18, 2011 at 9:00 a.m.

The reason for this continuance is to allow defense counsel time to review the Presentence Report and the plea agreement with the defendant, and to review his guidelines to determine whether the November 1, 2011, amendments to U.S.S.G. 2L1.2 might affect his case. It is necessary to schedule these conferences in accordance with the Federal Defender's Staff Interpreter, and additional time is necessary

1  for this purpose.

2      Based upon the foregoing, the parties agree that the time under

3  the Speedy Trial Act should be excluded from the date of signing of

4  this order through and including November 18, 2011 pursuant to 18

5  U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local

6  Code T4 based upon continuity of counsel and defense preparation.

7
8  DATED:  November 3, 2011.            Respectfully submitted,

9                                       DANIEL J. BRODERICK
                                        Federal Public Defender

10

11                                      /s/ Caro Marks
                                        CARO MARKS
12                                      Designated Counsel for Service
                                        Attorney for:
13                                      Homogono Gutierrez-Cisneros

14
15  DATED:  November 3, 2011.            BENJAMIN WAGNER
                                        United States Attorney

16

17                                      /s/ Caro Marks for
                                        MICHELE BECKWITH
18                                      Assistant U.S. Attorney
                                        Attorney for Plaintiff

19

20

21                              ORDER

22

23      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

   ordered that the November 4, 2011,  status conference hearing be
24
   continued to November 18, 2011, at 9:00 a.m.  Based on the
25
   representation of defense counsel and good cause appearing there from,
26
   the Court hereby finds that the failure to grant a continuance in this
27
   case would deny defense counsel reasonable time necessary for effective
28

                                2

1  preparation, taking into account the exercise of due diligence.  The

2  Court finds that the ends of justice to be served by granting a

3  continuance outweigh the best interests of the public and the defendant

4  in a speedy trial.  It is ordered that time up to and including the

5  November 18, 2011 status conference shall be excluded from computation

6  of time within which the trial of this matter must be commenced under

7  the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)

8  and Local Code T-4, to allow defense counsel reasonable time to

9  prepare.

10 Dated:  November 3, 2011

11

12 _____
   GARLAND E. BURRELL, JR.
13 United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3